1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5  1301 Clay St., 3rd Floor
   Oakland, California 94612
6  Telephone: (510) 637-3740
   Fax: (510) 637-3724
7  aaron.wegner@usdoj.gov

8  Attorneys for the United States of America

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,        )   CASE NO. 4-16-70812 MAG
14                                  )
        Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER TO
15                                  )   CONTINUE HEARING AND EXCLUDE TIME
     v.                             )   UNDER SPEEDY TRIAL ACT AND RULE 5.1
16                                  )   FROM JULY 6, 2016 TO AUGUST 23, 2016
   Sergio MARTINEZ-MAGANA,          )
17                                  )
        Defendant.                  )
18                                  )
                                    )
19                                  )
                                    )
20                                  )

21

22                              **STIPULATION**

23     Defendant Sergio MARTINEZ-MAGANA is charged by complaint in the above-referenced

24  matter with conspiracy to distribute and to possess with the intent to distribute controlled substances.

25  The government will be producing discovery in this matter within the next few days.  The defendant

26  hereby requests additional time before the preliminary hearing to allow defense counsel an opportunity

27  to review the discovery and confer with his in-custody client and the government regarding a potential

28  disposition of the case.

   STIP. AND [PROPOSED] ORDER RESCHEDULING PRELIMINARY HRG. AND EXCLUDING TIME
   4-16-70812 MAG

The preliminary hearing in this matter is presently scheduled on July 6, 2016, and the parties hereby request that it be continued to August 23, 2016. The parties make this request to allow for reasonable time for the effective preparation of counsel. For all of the reasons stated, the parties believe that good cause exists to exclude and waive time under Federal Rule of Criminal Procedure 5.1(c) and (d) from July 6, 2016 through August 23, 2016, taking into account the public interest in the prompt disposition of a criminal case and the defendant's consent, and to exclude time under the Speedy Trial Act. 18 U.S.C. § 3161.

IT IS SO STIPULATED.

DATED: July 5, 2016

Respectfully submitted,
BRIAN J. STRETCH
United States Attorney

_____/s/_____
AARON D. WEGNER
Assistant United States Attorney

_____/s/_____
ANTHONY LOWENSTEIN
Counsel for Sergio MARTINEZ-MAGANA

### [PROPOSED] ORDER

For the reasons stated by the parties, the Court finds that the aforementioned request is supported by good cause and made with the consent of Defendants. Fed. R. Crim. Proc. 5.1(c) and (d). The Court therefore finds that an exclusion of time between July 6, 2016 through August 23, 2016, is merited under Federal Rules of Criminal Procedure Rule 5.1(c) and (d) and the Speedy Trial Act under 18 U.S.C. § 3161 and moves the date of the preliminary hearing to August 23, 2016.

IT IS SO ORDERED.

DATED: July 5, 2016

_____
HON. DONNA M. RYU
United States Magistrate Judge

STIP. AND [PROPOSED] ORDER RESCHEDULING PRELIMINARY HRG. AND EXCLUDING TIME
4-16-70812 MAG