```
 1  BRIAN J. STRETCH (CABN 163973)
    United States Attorney
 2
    PHILIP A. GUENTERT (CABN 147374)
 3  Acting Chief, Criminal Division

 4  LLOYD FARNHAM (CABN 202231)
    Assistant United States Attorney
 5
         450 Golden Gate Avenue, Box 36055
 6       San Francisco, California 94102-3495
         Telephone: (415) 436-7200
 7       FAX: (415) 436-7234
         Lloyd.farnham@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 4:16-70812 MAG |
|---|---|
| Plaintiff, | ) CORRECTED STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT AND RULE 5.1 FROM AUGUST 23, 2016 TO SEPTEMBER 21, 2016 |
| v. | |
| SERGIO MARTINEZ-MAGANA, | |
| Defendant. | |

**STIPULATION**

Defendant Sergio Martinez-Magana is charged by complaint in the above-referenced matter with conspiracy to distribute and to possess with the intent to distribute controlled substances. The government has recently produced the discovery in the matter and the parties have discussed a potential disposition of the case. The defendant hereby requests additional time before the preliminary hearing to allow defense counsel an opportunity to review the discovery and confer with his in-custody client and the government regarding the potential disposition.

The preliminary hearing in this matter is presently scheduled on August 23, 2016, and the parties hereby request that it be continued to September 21, 2016. The parties make this request to allow for

STIP. AND [PROPOSED] ORDER RESCHEDULING PRELIMINARY HRG. AND EXCLUDING TIME
4-16-70812 MAG

reasonable time for the effective preparation of counsel.  For all of the reasons stated, the parties believe that good cause exists to exclude and waive time under Federal Rule of Criminal Procedure 5.1(c) and (d) from August 23, 2016 through September 21, 2016, taking into account the public interest in the prompt disposition of a criminal case and the defendant's consent, and to exclude time under the Speedy Trial Act.  18 U.S.C. § 3161.

IT IS SO STIPULATED.

DATED:  August 18, 2016

Respectfully submitted,
BRIAN J. STRETCH
United States Attorney

          /s/
LLOYD FARNHAM
Assistant United States Attorney

          /s/
ANTHONY LOWENSTEIN
Counsel for Sergio MARTINEZ-MAGANA

# [PROPOSED] ORDER

For the reasons stated by the parties, the Court finds that the aforementioned request is supported by good cause and made with the consent of Defendants.  Fed. R. Crim. Proc. 5.1(c) and (d).  The Court therefore finds that an exclusion of time between August 23, 2016 through September 21, 2016, is merited under Federal Rules of Criminal Procedure Rule 5.1(c) and (d) and the Speedy Trial Act under 18 U.S.C. § 3161 and moves the date of the preliminary hearing to September 21, 2016.

IT IS SO ORDERED.

DATED:  August  22 , 2016

HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIP. AND [PROPOSED] ORDER RESCHEDULING PRELIMINARY HRG. AND EXCLUDING TIME
4-16-70812 MAG